State v. Ray.

---

STATE OF MISSOURI, Appellant, *v.* WILLIS B. RAY, Respondent.

*Crimes—Criminal Practice—Indictment.*—(R. C. 1855, p. 567, § 39.) Indictment charging defendant with feloniously assaulting another with a deadly weapon, and feloniously wounding, &c., is good.

### Appeal from Worth Circuit Court.

The indictment charged that the defendant, with a certain knife, of the length of six inches, which he, the said Willis B. Ray, in his hand held, and which was then and there a deadly weapon, and held feloniously, did assault one Elihu Rowin, and him, the said Elihu Rowin, then and there, with the knife aforesaid, feloniously did wound, contrary to the form of the statute, &c.

*J. C. Parker,* for appellant.

This is a case where the defendant was, at the September term, A. D. 1864, of the Worth Circuit Court, indicted for maiming and wounding, under circumstances which would

have constituted murder or manslaughter if death had ensued, under section 39 of article 2, page 567, of R. C. 1855.

The defendant moved the court to quash the indictment, which motion was sustained, and the State appealed from the decision of the court on the motion to quash.

The indictment in this case is substantially good. (9 Mo. 852; 11 Mo. 579; 19 Mo. 678.)

HOLMES, Judge, delivered the opinion of the court.

This was an indictment under the 39th section of the "Act concerning crimes and punishments." On motion of the defendant, the indictment was quashed. The indictment charges all the facts necessary to constitute the offence, under said section. (Conrad v. State, 11 Mo. 579; Jennings v. State, 9 Mo. 862.) The motion should have been overruled.

Judgment reversed, and the case remanded. Judge Wagner concurs; Judge Lovelace absent.